The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER JUSTICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTONATION, INC., RENTON H. IMPORTS, INC. d/b/a AUTONATION HONDA RENTON, a foreign corporation, and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:25-cv-01903-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO AMEND ANSWER TO ADD COUNTERCLAIM<br><br>Noting Date: December 5, 2025 |

Before the Court is the Parties' Stipulated Motion for Briefing Schedule on Defendants' Motion to Amend Answer to Add Counterclaim. The Court GRANTS the motion. The deadlines for the Parties to file opposition and reply briefs are as follows:

| Event | New Deadline |
|---|---|
| Plaintiff's Opposition to Defendants' Motion to Amend Answer to Add Counterclaim | January 9, 2026 |
| Defendants' Reply in Support of Motion to Amend Answer to Add Counterclaim | January 23, 2026 |

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO AMEND ANSWER TO ADD
COUNTERCLAIM- 1
Case No. 2:25-cv-01903-JLR

ENTERED THIS __8th__ day of December, 2025.

*[signature]*

The Honorable James L. Robart
United States District Court Judge

Presented by:

| FISHER & PHILLIPS LLP | EMERY REDDY, PC |
|---|---|
| By: s/*Catharine Morisset (with email permission)*<br>Catharine M. Morisset, WSBA #29682<br>Kylene Slocum, WSBA #58600<br>David Harvey, *Pro Hac Vice application pending*<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: (206) 682-2308<br>Fax: (206) 682-7907<br>Email: cmorisset@fisherphillips.com<br>          kslocum@fisherphillips.com<br>          dharvey@fisherphillips.com<br><br>*Attorneys for Defendants* | By: s/*Timothy W. Emery*<br>Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Email: emeryt@emeryreddy.com<br>          reddyp@emeryreddy.com<br>          paul@emeryreddy.com<br><br>TOUSLEY BRAIN STEPHENS PLLC<br><br>By: s/*Rebecca L. Solomon*<br>Rebecca L. Solomon, WSBA #51520<br>Kim D. Stephens, P.S., WSBA #11984<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Tel: (206) 682-5600<br>Fax: (206) 682-2992<br>Email: rsolomon@tousley.com<br>          kstephens@tousley.com<br><br>*Attorneys for Christoper Justice and the Putative Class* |

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO AMEND ANSWER TO ADD
COUNTERCLAIM- 2
Case No. 2:25-cv-01903-JLR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992